1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12 WARREN GABRIEL HALEY,               )      Case No. C 15-2119 PSG (PR)
                                       )
13            Plaintiff,               )      **ORDER OF DISMISSAL**
                                       )
14     v.                              )
                                       )
15 CALIFORNIA FORENSIC MEDICAL         )
   GROUP,                              )
16                                     )
              Defendant.               )
17 _____)

18      On May 11, 2015, Warren Gabriel Haley, proceeding *pro se*, filed a civil rights complaint

19 pursuant to 42 U.S.C. § 1983.  On September 10, 2015, the court dismissed Haley's complaint

20 with leave to amend, and directed him to file an amended complaint within thirty days.  Haley

21 was cautioned that his failure to file his amended complaint within thirty days would result in the

22 dismissal of this action.  To date, Haley has not filed an amended complaint or otherwise

23 communicated with the court.  Thus, the instant action is DISMISSED without prejudice.  The

24 Clerk shall enter judgment and close the file.

25      IT IS SO ORDERED.

26 DATED:  10/23/2015

                                              _____
                                              PAUL S. GREWAL
27                                            United States Magistrate Judge

28

Case No. C 15-2119 PSG (PR)
ORDER OF DISMISSAL